IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANIRUDH L. SUKHU, :
:
    Petitioner :
: CIVIL NO. 1:CV-15-2386
  v. :
: (Judge Caldwell)
UNITED STATES OF AMERICA, *et al.,* :
:
    Respondents :

*O R D E R*

And now, this 19th day of September, 2017, based on the accompanying memorandum, it is ordered that:

    1. The Amended Petition (ECF No. 9) for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

    2. Petitioner's Motion for Summary Judgment (ECF No. 14) is denied.

    3. The Clerk of Court shall close this file.

                                    /s/ William W. Caldwell
                                     William W. Caldwell
                                     United States District Judge